UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG CUTCHER, ) | Civil No. 14cv1248 L (DHB) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT** |
| ) | **MOTION FOR DISMISSAL OF** |
| v. ) | **ACTION WITH PREJUDICE** [doc. #24] |
| ) | |
| MIDLAND FUNDING, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Good cause appearing, the parties' joint motion for dismissal of this action with prejudice is **GRANTED**. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 11, 2014

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE

ALL COUNSEL/PARTIES

14cv1248